# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 10, 2022

## NO. 03-20-00399-CV

**Caren Burbach, as Independent Executrix of the
Estate of Catherine RoAnn Cook Stearns, Appellant**

**v.**

**Zachary Stearns, Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW OF BASTROP COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the judgment signed by the trial court on July 13, 2020. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.